UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| PAUL HOLUBETS, § | |
| *Plaintiff* § | |
| § | |
| v. § | No.  A-21-CV-01004-LY |
| § | |
| FOREST RIVER, INC., § | |
| *Defendant* § | |

ORDER

Before the Court is Defendant Forest River, Inc.'s Motion to Compel, Dkt. 19. The District Court referred the motion to the undersigned for disposition, Dkt. 20, and the undersigned set the motion for a hearing to be held on November 16, 2022, Dkt. 23. After considering the parties' filings made in connection with the motion, along with counsel's arguments during the hearing, the undersigned **DENIES** the motion to compel, Dkt. 19, for the reasons stated on the record at that hearing.

SIGNED November 16, 2022.

DUSTIN M. HOWELL
UNITED STATES MAGISTRATGE JUDGE

1